

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2015

No. 04-15-00209-CR

Ramon **DAVIDSON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR11312W
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

This appeal is reinstated on the docket of the court. We order appellant's brief due July 20, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court